# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

YVONNE L. YOUNG,

                        Plaintiff,

v.                                        Case No. 18-CV-432-JPS

MILLIPORESIGMA,                       **ORDER**

                        Defendant.

On July 12, 2018, the Court screened Plaintiff Yvonne L. Young's ("Young") amended complaint and determined which claims could proceed. (Docket #7). In that order, the Court noted that Federal Rule of Civil Procedure 4(c)(3) provides that the Court must order service by the U.S. Marshal if a plaintiff is authorized, as she is in this case, to proceed *in forma pauperis* under 28 U.S.C. § 1915. *See Williams v. Werlinger*, 795 F.3d 759, 760 (7th Cir. 2015).

The Court allowed Young to elect whether she would obtain service on her own or ask the Court to order service by the U.S. Marshal. (Docket #7 at 3-4). After unsuccessfully attempting service on her own, Young has now asked the Court to order service. (Docket #9). That request will be granted.

Accordingly,

**IT IS ORDERED** that the United States Marshal shall serve a copy of the amended complaint (Docket #6), the Court's screening order for the amended complaint (Docket #7), and this order upon the defendant pursuant to Federal Rule of Civil Procedure 4. The plaintiff is advised that

Congress requires the U.S. Marshals Service to charge for making or attempting such service. 28 U.S.C. § 1921(a). The current fee for waiver-of-service packages is $8.00 per item mailed. The full fee schedule is provided at 28 C.F.R. §§ 0.114(a)(2), (a)(3). Although Congress requires the Court to order service by the U.S. Marshals Service precisely because *in forma pauperis* plaintiffs are indigent, it has not made any provision for these fees to be waived either by the Court or by the U.S. Marshals Service; and

**IT IS FURTHER ORDERED** that the defendant shall file a responsive pleading to the amended complaint.

Dated at Milwaukee, Wisconsin, this 23rd day of August, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge